CO-386
10/2018

# United States District Court
# For the District of Columbia

AMERICA FIRST LEGAL FOUNDATION )
)
)
)
)
                    Plaintiff )      Civil Action No. 24-3117
        vs )
UNITED STATES DEPARTMENT OF STATE, )
UNITED STATES SECRET SERVICE, )
UNITED STATES DEPARTMENT OF THE INTERIOR, )
UNITED STATES DEPARTMENT OF JUSTICE )
)
                    Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for **AMERICA FIRST LEGAL FOUNDATION** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **AMERICA FIRST LEGAL FOUNDATION** which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ William Scolinos
Signature

90023488
BAR IDENTIFICATION NO.

William Scolinos
Print Name

611 Pennsylvania Ave SE #231
Address

Washington, DC          20003
City        State        Zip Code

(301) 965-0179
Phone Number