UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF STATE, et al.,<br><br>Defendants. | Civil Action No. 24-3117 (RC) |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order (Jan. 1, 2026), Plaintiff America First Legal Foundation and Defendants Department of State, Department of Justice, Department of Interior, and Secret Service, by and through undersigned counsel, respectfully file this Joint Status Report ("JSR") in this case under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

**State Department**

The Department of State has completed its production.

**Department of Justice**

Plaintiff's FOIA request seeks records from two Department of Justice components, the Office of Information Policy ("OIP") and the Civil Rights Division ("Civil Rights"). As previously reported, the parties discussed narrowing, and OIP is continuing its review for duplicate materials to be followed by review for FOIA exemptions and materials being sent for consultation with other Executive Branch equity holders, as needed. OIP will report a volume of pages after its initial review for duplicates is completed. OIP will engage further with Plaintiff, as needed, to further streamline processing. OIP will provide a further update on its progress in the parties' next JSR.

Civil Rights made its first production, consisting of 601 pages, on May 29, 2025. Civil Rights made its second production, consisting of 66 pages, on September 19, 2025. Civil Rights made its third production, consisting of 666 pages on March 6, 2026. Civil Rights continues to

process approximately 500additional pages of potentially responsive records, some of which require consultations external to Civil Rights or the Department of Justice, and will produce these materials on a rolling basis as they become available.

### Department of the Interior

The Department of Interior made its third production of records, consisting of 135 of 207 pages reviewed, on August 28, 2025. The Department's fourth production was delayed by the government shutdown, but was ultimately made on December 16, 2025, consisting of 20 pages of 163 pages reviewed. The Department has conducted an additional search and found approximately 1,000 pages of additional possibly responsive records. It will produce records (including consultations) on a rolling basis as they become available.

### Secret Service

The Secret Service released 111 pages of documents to the requestor on July 31, 2025.  This was the first and final release.  While the Secret Service intended to make an interim release in late June, the interim release and final release were combined and released on July 31, 2025.


Dated: March 17, 2026

  /s/ William Scolinos
William Scolinos (DC Bar No. 90023488)
(301) 965-0179
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Avenue SE #231
Washington, DC 20003
William.Scolinos@aflegal.org

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

 /s/      *Robert J. Morris, II*
  ROBERT J. MORRIS, II
  D.C. Bar #1719434
  Assistant United States Attorney
  601 D Street NW
  Washington, DC 20530
  (202) 252-2534
  Robert.Morris@usdoj.gov

*Attorneys for the United States of America*